UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,<br><br>                    Plaintiff,<br><br>       v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), the TIAA BOARD OF TRUSTEES and its members, the TIAA PLAN INVESTMENT REVIEW COMMITTEE and its members, and JOHN DOES 1–30,<br><br>                    Defendants. | Case No. 25-CV-4228-VSB |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Teachers Insurance and Annuity Association of America ("TIAA"), a non-governmental corporate party, hereby certifies that it is a legal reserve life insurance company wholly owned by the Teachers Insurance and Annuity Association of America Board of Governors and that no publicly held corporation owns 10% or more of the stock of TIAA.

June 11, 2025                                                Respectfully submitted,

                                                             */s/ Samuel J. Rubin*
                                                             Samuel J. Rubin
                                                             GOODWIN PROCTER LLP
                                                             The New York Times Building
                                                             620 Eighth Avenue
                                                             New York, NY 10018
                                                             Telephone: (212) 813-8852
                                                             srubin@goodwinlaw.com

Alison V. Douglass, pro hac vice forthcoming
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
adouglass@goodwinlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2025, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel of record.

                                                      */s/ Samuel J. Rubin*
                                                      Samuel J. Rubin