UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), the TIAA BOARD OF TRUSTEES and its members, the TIAA PLAN INVESTMENT REVIEW COMMITTEE and its members, and JOHN DOES 1–30,<br><br>                    Defendants. | Case No. 25-CV-4228-VSB |

**DECLARATION OF BENJAMIN REILLY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

I, Benjamin Reilly, hereby state and affirm as follows:

1. I am a counsel with the law firm of Goodwin Procter LLP and a member in good standing with the Bars of the Commonwealth of Massachusetts and the state of Vermont. I am admitted to the United States District Courts for the Districts of Massachusetts and Colorado. I have also been admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants[1] in the above-captioned case.

2. I am an attorney of record for the Defendants in the above-captioned case.

---

[1] Teachers Insurance and Annuity Association of America ("TIAA"), the TIAA Board of Directors, and the TIAA Plan Investment Review Committee ("PIRC") (collectively, "Defendants").

1

3. I make this declaration in support of Defendants' Motion to Dismiss the Complaint (the "Motion"). This declaration is based on personal knowledge and my review of documents and files in the possession of Goodwin Procter LLP.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts[2] from the 2023 Form 5500 for the TIAA Code Section 401(k) Plan ("401(k) Plan"), dated October 10, 2024 and filed with the United States Department of Labor (DOL).

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the 2023 Form 5500 for the TIAA Retirement Plan ("Retirement Plan"), dated October 10, 2024 and filed with the DOL.

6. Attached hereto as Exhibit 3 is a true and correct copy of the Recordkeeping Services Agreement With a TIAA Brokerage Account for the 401(k) Plan and the Retirement Plan.

7. Attached hereto as Exhibit 4 is a true and correct copy of the TIAA Retirement Annuity Contract and College Retirement Equities Fund ("CREF") Certificate issued to Plaintiff Brian Byrne.

8. Attached hereto as Exhibit 5 is a true and correct copy of the Retirement Choice Annuity Certificate issued to Plaintiff Brian Byrne.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the 2022 Form 5500 for the 401(k) Plan, dated October 13, 2023 and filed with the DOL.

10. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the 2022 Form 5500 for the Retirement Plan, dated October 13, 2023 and filed with the DOL.

---

[2] A number of documents attached to this declaration are, where noted, excerpted for the convenience of the Court. Should the Court request complete copies of any or all of these excerpted documents, we are happy to provide them in a format that is useful to the Court.

11. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the CREF Prospectus dated April 23, 2021, as publicly filed with the U.S. Securities and Exchange Commission (SEC) and as downloaded from the SEC's website, www.sec.gov ("2021 CREF Prospectus").

12. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the CREF Prospectus, dated April 23, 2024, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2024 CREF Prospectus").

13. Attached hereto as Exhibit 10 is a true and correct copy of the "Performance" tab of the Morningstar.com profile of the CREF Stock Fund R3, as of June 30, 2025, publicly available at https://www.morningstar.com/funds/xnas/qcstix/performance.

14. Attached hereto as Exhibit 11 is a true and correct copy of the "Performance" tab of the Morningstar.com profile of the CREF Inflation-Linked Bond Account R3, as of June 30, 2025, publicly available at https://www.morningstar.com/funds/xnas/qcilix/performance.

15. Attached hereto as Exhibit 12 is a true and correct copy of the "Performance" tab of the Morningstar.com profile of the CREF Global Equities Fund R3, as of June 30, 2025, publicly available at https://www.morningstar.com/funds/xnas/qcglix/performance.

16. Attached hereto as Exhibit 13 is a true and correct copy of the "Performance" tab of the Morningstar.com profile of the CREF Growth Fund R3, as of June 30, 2025, publicly available at https://www.morningstar.com/funds/xnas/qcgrix/performance.

17. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the 2019 Form 5500 for the 401(k) Plan, dated October 8, 2020 and filed with the DOL.

18. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the 2020 Form 5500 for the 401(k) Plan, dated October 12, 2021 and filed with the DOL.

19. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the 2021 Form 5500 for the 401(k) Plan, dated October 13, 2022 and filed with the DOL.

20. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the 2019 Form 5500 for the Retirement Plan, dated October 8, 2023 and filed with the DOL.

21. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the 2020 Form 5500 for the Retirement Plan, dated October 12, 2021 and filed with the DOL.

22. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the 2021 Form 5500 for the Retirement Plan, dated October 13, 2022 and filed with the DOL.

23. Attached hereto as Exhibit 20 is a true and correct copy of the Stipulation of Settlement and Release of Claims filed in the matter *Richards-Donald v. TIAA*, No. 15-cv-08040 (PKC), ECF No. 46-1 (S.D.N.Y. May 10, 2017).

24. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Derek Smith Regarding the Class Payments in the Matter *Richards-Donald v. TIAA*, No. 15-cv-08040 (S.D.N.Y.).

25. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the CREF Prospectus, dated April 26, 2010, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2010 CREF Prospectus").

26. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the CREF Prospectus, dated April 28, 2011, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2011 CREF Prospectus").

27. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the CREF Prospectus, dated April 26, 2012, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2012 CREF Prospectus").

28. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the CREF Prospectus, dated April 29, 2013, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2013 CREF Prospectus").

29. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the CREF Prospectus, dated April 30, 2014, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("CREF Prospectus") ("2014 CREF Prospectus").

30. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the CREF Prospectus, dated April 24, 2015, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2015 CREF Prospectus").

31. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the CREF Prospectus, dated April 27, 2016, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2016 CREF Prospectus").

32. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the CREF Prospectus, dated April 27, 2017, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2017 CREF Prospectus").

33. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the CREF Prospectus, dated April 26, 2018, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2018 CREF Prospectus").

34. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the CREF Prospectus, dated April 25, 2019, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2019 CREF Prospectus").

35. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated September 27, 2010, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2010 JPMorgan Prospectus").

36. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 27, 2011, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2011 JPMorgan Prospectus").

37. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 25, 2012, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2012 JPMorgan Prospectus").

38. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 28, 2013, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2013 JPMorgan Prospectus").

39. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 28, 2014, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2014 JPMorgan Prospectus").

40. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 30, 2015, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2015 JPMorgan Prospectus").

41. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 3, 2016, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2016 JPMorgan Prospectus").

42. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 31, 2017, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2017 JPMorgan Prospectus").

43. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 29, 2018, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2018 JPMorgan Prospectus").

44. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from the JPMorgan Trust II Prospectus, dated October 25, 2019, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2019 JPMorgan Prospectus").

45. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 30, 2010, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2010 Putnam Prospectus"). Because the Putnam Large Cap Growth Fund R6 share class was incepted in the middle of 2010, the chart at page 21 of Defendants' Motion to Dismiss the Complaint reflects the 2009 and 2010 returns of the Y share class of the Putnam Large Cap Growth Fund.

46. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from thePutnam Investment Funds Prospectus, dated November 30, 2011, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2011 Putnam Prospectus").

47. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 26, 2012, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2012 Putnam Prospectus").

48. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 26, 2013, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2013 Putnam Prospectus").

49. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 26, 2014, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2014 Putnam Prospectus").

50. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 27, 2015, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2015 Putnam Prospectus").

51. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 23, 2016, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2016 Putnam Prospectus").

52. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 27, 2017, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2017 Putnam Prospectus").

53. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 27, 2018, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2018 Putnam Prospectus").

54. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the Putnam Investment Funds Prospectus, dated November 26, 2019, as publicly filed with the SEC and as downloaded from the SEC's website, www.sec.gov ("2019 Putnam Prospectus").

55. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the Vanguard Scottsdale Funds Prospectus, dated December 20, 2019, as publicly filed with the SEC

and as downloaded from the SEC's website, www.sec.gov ("2019 Vanguard Prospectus"). The 2019 Vanguard Prospectus reports the annual performance data for the Vanguard Russell 1000 Growth Index I fund for years 2011 through 2018. The Vanguard Russell 1000 Growth Index I fund was incepted on December 6, 2010. Therefore, the earliest available performance data for this fund is as of December 31, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 13th day of August, 2025.

/s/ *Benjamin Reilly*
Benjamin Reilly
