UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,<br><br>                Plaintiff,<br><br>    v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA), the TIAA BOARD OF TRUSTEES and its members, the TIAA PLAN INVESTMENT REVIEW COMMITTEE and its members, and JOHN DOES 1–30,<br><br>                Defendants. | Case No. 25-CV-4228-VSB<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that Defendants Teachers Insurance and Annuity Association of America ("TIAA"), the TIAA Board of Directors, and the TIAA Plan Investment Review Committee ("PIRC") (collectively, "Defendants") by their undersigned counsel, will move this Court, on a date and time to be determined by the Court, for an Order dismissing with prejudice the Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). In support of their Motion, Defendants rely on the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Benjamin Reilly in Support of Defendants' Motion to Dismiss the Complaint, and the exhibits attached thereto, filed concurrently herewith.

1

Dated: August 13, 2025

Respectfully submitted,

/s/ *Alison V. Douglass*
Alison V. Douglass (admitted *pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
adouglass@goodwinlaw.com

Benjamin S. Reilly (admitted *pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (771) 200-2050
breilly@goodwinlaw.com

Nehama L. Hanoch (admitted *pro hac vice*)
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
nhanoch@goodwinlaw.com

*Counsel for Defendants*