UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,

        Plaintiff,

-against-

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, et al.,

        Defendants.

25-CV-4228 (VSB) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have reviewed the parties' Proposed Case Management Plan and Report of Rule 26(f) Conference. (*See* ECF 24.) The Initial Case Management Conference scheduled for **September 3, 2025 at 10:00 AM** will proceed as scheduled. Counsel for Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 580 965 869 #.**

DATED:    August 29, 2025
               New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge