UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,

        Plaintiff,

-against-

TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, et al.,

        Defendants.

25-CV-4228 (VSB) (RFT)

**ORDER**

ROBYN F. TARNOFSKY, United States Magistrate Judge:

    As discussed at the status conference on **September 3, 2025**:

- Initial disclosures shall be exchanged by **September 26, 2025**.

- Plaintiff shall propose an ESI protocol by **September 30, 2025**.

- The documents Defendants offered to produce along with fiduciary committee minutes (but not underlying materials) shall be produced by **October 3, 2025**.

- The parties shall provide a joint update on the status of discovery by **October 17, 2025**.

- Last day to amend the complaint is **30 days** after the ruling on the motion to dismiss.

- Last day to join additional parties is **30 days** after the discovery of Defendants' board of trustees.

- Certification of completion of discovery is due **one week** before the close of discovery.

- The parties are encouraged to discuss the appropriate timing and mechanism for settlement talks.

DATED:   September 3, 2025
         New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge