UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BRIAN BYRNE, CHARLES SULLIVAN,                :
AND SARAH JOHNSON, individually and as        :
representatives of classes of similarly situated :
participants in the TEACHERS INSURANCE        :   25-CV-4228 (VSB)
AND ANNUITY ASSOCIATION OF                    :
AMERICA (TIAA) CODE SECTION 401(k)           :   **ORDER**
PLAN and the TIAA RETIREMENT PLAN,           :
:
                  Plaintiff,  :
:
       -against-                          :
:
TEACHERS INSURANCE AND ANNUITY              :
ASSOCIATION OF AMERICA (TIAA), the         :
TIAA BOARD OF TRUSTEES and its             :
members, the TIAA PLAN INVESTMENT          :
REVIEW COMMITTEE and its members, and      :
JOHN DOES 1–30,                             :
                  Defendants.  :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On September 3, 2025, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Doc. 36.)  "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Accordingly, it is hereby:

      ORDERED that Defendants shall file a letter within fourteen (14) days deciding whether its motion to dismiss should be deemed moot without prejudice to file an answer or refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:    September 10, 2025
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge