UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BYRNE, individually and as representative of classes of similarly situated participants in the TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (TIAA) CODE SECTION 401(k) PLAN and the TIAA RETIREMENT PLAN,<br><br>                    Plaintiff,<br><br>        -against-<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, et al.,<br><br>                    Defendants. | 25-CV-4228 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is Defendants' motion for a stay of discovery (ECF 23), which Plaintiffs oppose (ECF 35). Since Defendants filed that motion, I have held three conferences to discuss the scope of discovery, I endorsed the parties' proposed confidentiality order (ECF 43), and I have allowed limited discovery, as agreed to by the parties, to proceed. (ECF 34.) The parties have exchanged initial disclosures and produced certain documents (ECF 48), and in the parties' most recent joint status update, the parties indicated that they agreed on a production of certain additional documents (ECF 55). The parties also proposed that they continue to meet and confer about document production and provide a further update to the Court by January 6, 2026. I appreciate the parties' cooperative approach to discovery and their updates on the status of the discussions. In light of the parties' participation in limited discovery, Defendants' motion for a stay of discovery (ECF 23) is DENIED as moot, without prejudice to renewal by

Defendants if appropriate; the parties shall provide another joint update to the Court by

**January 6, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 23.

DATED:   December 15, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge