

**Sanford Heisler
Sharp McKnight, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4253
Fax: (619) 577-4250
www.sanfordheisler.com

*Charles Field*, San Diego Managing Partner and Financial Services Litigation Practice Group Chair
(619) 577-4252
cfield@sanfordheisler.com                 New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

May 28, 2026

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 9B
New York, NY 10007

**Re:    *Byrne et al. v. Teachers Insurance and Annuity Association of America et al.*
(Case No. 25-CV-4228-VSB-RFT)**

Dear Judge Tarnofsky:

Defendants filed a Motion to Dismiss the Amended Complaint on October 14, 2025. Plaintiffs filed their Opposition on November 20, 2025, and Defendants' Reply was filed on December 18, 2025.

On May 8, 2026, Defendants indicated, in response to Plaintiffs' April 23, 2026 demand, that further settlement discussions would not be productive until the Court rules on the pending Motion to Dismiss. The parties propose to revisit settlement discussions within fourteen days after the Court's ruling on the Motion to Dismiss, or at any earlier conference as required by the Court.

The parties continue to work amicably on the ESI protocol and will further meet and confer on May 29, 2026.

Respectfully Submitted,

/s/Charles Field                              /s/Benjamin S. Reilly(with permission)
Charles Field* (CA Bar No. 189817)            Benjamin S. Reilly*
Meghan Heesch* (CA Bar No. 355708)            GOODWIN PROCTER LLP
SANFORD HEISLER SHARP MCKNIGHT, LLP           1900 N Street, NW
7911 Herschel Avenue, Suite 300               Washington, DC 20036
La Jolla, CA 92037                            Telephone: (771) 200-2050
Telephone: (619) 369-4523                     breilly@goodwinlaw.com
cfield@sanfordheisler.com
mheesch@sanfordheisler.com

May 28, 2026
Page 2 of 2

Sharon Kim (SK2752)
SANFORD HEISLER SHARP MCKNIGHT, LLP
17 State Street, Suite 3700
New York, NY 10004
Telephone: (646) 402-5650
sharonkim@sanfordheisler.com

LOUIS LOPEZ*
RACHEL N. LOKKEN*
STEFAN SHAIBANI*
DAVID S. YELLIN (DY8824)
AARP FOUNDATION
601 E Street NW
Washington, DC 20049
Telephone: (202) 434-6666
llopez@aarp.org
rlokken@aarp.org
sshaibani@aarp.org
dyellin@aarp.org

*Admitted pro hac vice**
*Attorneys for Plaintiffs*

Alison V. Douglass*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
adouglass@goodwinlaw.com

Samuel J. Rubin
Nehama L. Hanoch*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
srubin@goodwinlaw.com
nhanoch@goodwinlaw.com

*Admitted pro hac vice**
*Counsel for Defendants*